## REFUSE TO PAY LETTER

April 12, 2007

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**7005-3110-0000-4788-4060**

Universal Fidelity, L.P.
P.O. Box 941911
Houston, TX  77094-8911

Re:    Creditor:    GE Money Bank - JC Penney
       Account No.:  600889768562800

Dear Sir or Madam:

I have enclosed a copy of the last collection letter that you sent to me.

In this regard, please be advised that I dispute this debt and refuse to pay.

PLEASE MARK YOUR FILES ACCORDINGLY.

Trusting in your good offices, I remain . . .

Very Truly Yours,

Mary Hernandez
510 Saddle Brook Drive, Spc 205
San Jose, CA  95136-4218

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

HOUSTON TX 77094
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.39     0012 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.64    04/12/2007 |

Sent To  UNIVERSAL FIDELITY, L.P.
Street, Apt. No.; or PO Box No.  P.O. Box 941911
City, State, ZIP+4  HOUSTON, TX 77094-8911

PS Form 3800, June 2002          See Reverse for Instructions



EXHIBIT 2



# Collection Agency Notification

**UNIVERSAL FIDELITY LP**

OFFICE HOURS: 8:00A.M. TO 9:00P.M. MONDAY–THURSDAY • 8:00A.M. TO 5:00P.M. FRIDAY • 8:00A.M. TO 12:00P.M. SATURDAY

*To Pay Online, go to www.payuflp.com*

```
P.O. Box 941911
Houston, TX 77094-8911
Office Number: 800-527-6966            DATE: 3/29/07

EDP Number:12-07-402-5271              CLIENT INFORMATION:
                                       GE MONEY BANK
MARY HERNANDEZ                         JC PENNEY CONSUMER
SPC 205                                ACCOUNT NUMBER: 600889768562800
510 SADDLE BROOK DR                    AMOUNT DUE AS OF 3/29/07 :
SAN JOSE   CA   95136-4218             $1,769.21
```

Dear MARY HERNANDEZ,

The debt that you owe to the above referenced client has been placed with Universal Fidelity LP, a national collection agency, because of our experience and successful record in collecting outstanding accounts just like yours.

We have been advised by our client that you have an amount due of $1,769.21 . We are pleased to assist you in your efforts to resolve this matter.

Save Time! Save a Stamp!  Make your payment on-line via our secured website: www.PAYUFLP.com.  You may also call us at 1-800-527-6966 and make your payment over the phone. Please tell us your EDP number for quick account referencing. Otherwise, mail in your payment payable to Universal Fidelity LP. Please write your EDP number on the payment to ensure proper credit to your account.
NOTICE: PLEASE SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION.

Sincerely,

*B. Lyons*

B. L. Lyons
Director of Payment Control

REMINDER: As you are completing your Tax Return, take this opportunity to pay your debt.

CHECKS MAY BE ELECTRONICALLY DEPOSITED
DETACH PAYMENT COUPON AND MAIL IN RETURN ENVELOPE PROVIDED TO ENSURE PROPER CREDIT TO YOUR ACCOUNT

---

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION AND CHANGE OF ADDRESS**

```
CDG7 1200 CA   3/29/07                  BALANCE DUE: $1,769.21
408-226-4723                            AMOUNT ENCLOSED:$_____.____
NAME:MARY HERNANDEZ                     CELL PHONE#:_____
ACCOUNT NO.:600889768562800             HOME PHONE#:_____
JC PENNEY CONSUMER                      E-MAIL ADDRESS:_____

12074025271  8  000176921 000176921   CDG7
```

```
                                        REQUIRED PAYMENT DETAIL:  __CHECK
                                        __MONEY ORDER __VISA __MASTERCARD
      EDP NO.: 12-07-402-5271           _____  ___/___
      UNIVERSAL FIDELITY LP             CREDIT CARD NUMBER       EXPIRES
      P.O. BOX 941911                   3-DIGIT SECURITY CODE:_____
      HOUSTON, TX 77094-8911            SIGNATURE:_____
```

LTR-011 (10/06)   ☐ Yes, my address changed. (see reverse side)