

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 3110 0000 4788 4060**
Detailed Results:
- Delivered, April 14, 2007, 8:28 am, HOUSTON, TX 77094
- Acceptance, April 12, 2007, 2:31 pm, SAN JOSE, CA 95113

( < Back )     ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

  POSTAL INSPECTORS
Preserving the Trust    site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  A. Mueller   C. Date of Delivery<br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>UNIVERSAL FIDELITY<br>P.O. Box 941911<br>HOUSTON, TX 77094-8911 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7005 3110 0000 4788 4060 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

**EXHIBIT 3**