# John Lee Jackson
## IN HOUSE CORPORATE ATTORNEY FOR UNIVERSAL FIDELITY LP
1445 Langham Creek Drive • Houston, TX 77084
Office Hours: 8:00 a.m. to 9:00 p.m. Monday • Thursday • 8:00 a.m. to 5:00 p.m. Friday • 8:00 a.m. to 12:00 p.m. Saturday

**To Pay Online, go to www.payuflp.com**

```
Office Number: 1-800-527-6966              YOUR PHONE NUMBER: 408-226-4723___
Date: 4/23/07                              *IF NO NUMBER, WE'RE SEARCHING.___
EDP Number:12-07-402-5271
                                           CLIENT INFORMATION:
12-07-402-5271                             GE MONEY BANK
MARY HERNANDEZ                             JC PENNEY CONSUMER
SPC 205                                    ACCOUNT NUMBER: 600889768562800
510 SADDLE BROOK DR                        AMOUNT DUE AS OF 4/23/07 :
SAN JOSE   CA  95136-4218                  $1,769.21
```

Dear MARY HERNANDEZ,

I serve as In-House Attorney and I am an employee of Universal Fidelity LP. Universal Fidelity LP is my only source of employment and one of my responsibilities is to oversee the collection process and advise them in matters of corporate law.

Our records indicate that you are indebted to our client for the above balance due.

Save Time! Save a Stamp! Make your payment on-line via our secured website: www.payuflp.com. You may also call us at 1-800-527-6966 and a representative will take your payment over the phone. Otherwise, use the below coupon and the provided envelope to mail in your payment.

Do not consider this letter a notification of intent to sue, since I do not have the legal authority to sue. I have not, nor will I, review each detail of your account status, unless you so request.
NOTICE:   SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION.

J. L. JACKSON
CORPORATE ATTORNEY

EXHIBIT 4

CHECKS MAY BE ELECTRONICALLY DEPOSITED
DETACH PAYMENT COUPON AND MAIL IN RETURN ENVELOPE PROVIDED TO ENSURE PROPER CREDIT TO YOUR ACCOUNT

---

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION AND CHANGE OF ADDRESS**

```
CDJC 1200 CA  4/23/07                 BALANCE DUE: $1,769.21
408-226-4723                          AMOUNT ENCLOSED:$_____.___
NAME:MARY HERNANDEZ                   CELL PHONE#:_____
ACCOUNT NO.:600889768562800           HOME PHONE#:_____
JC PENNEY CONSUMER                    E-MAIL ADDRESS:_____

12074025271  8  000176921 000176921   CDJC

                                      REQUIRED PAYMENT DETAIL:  __CHECK
     EDP NO.: 12-07-402-5271          __MONEY ORDER __VISA __MASTERCARD
     UNIVERSAL FIDELITY LP            _____  __/__
     ATTN:JOHN JACKSON                CREDIT CARD NUMBER       EXPIRES
     P.O. BOX 941911                  3-DIGIT SECURITY CODE:_____
     HOUSTON, TX  77094-8911          SIGNATURE:_____
```

LTR-008 (10/06)   ☐ Yes, my address changed. (see reverse side)

THIS IS AN ATTEMPT TO COLLECT A DEBT AND/OR SUBROGATION CLAIM AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR. UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING YOUR INITIAL NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING YOUR INITIAL NOTICE, THIS OFFICE WILL: OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING YOUR INITIAL NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

WE ARE REQUIRED UNDER STATE LAW TO NOTIFY CONSUMERS OF THE FOLLOWING RIGHTS. THIS NOTICE DOES NOT CONTAIN A COMPLETE LIST OF THE RIGHTS CONSUMERS HAVE UNDER STATE AND FEDERAL LAW.

**CALIFORNIA RESIDENTS:**
THE STATE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT AND THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT REQUIRE THAT, EXCEPT UNDER UNUSUAL CIRCUMSTANCES, COLLECTORS MAY NOT CONTACT YOU BEFORE 8 A.M. OR AFTER 8 P.M. THEY MAY NOT HARASS YOU BY USING THREATS OF VIOLENCE OR ARREST OR BY USING OBSCENE LANGUAGE. COLLECTORS MAY NOT USE FALSE OR MISLEADING STATEMENTS OR CALL YOU AT WORK IF THEY KNOW OR HAVE REASON TO KNOW THAT YOU MAY NOT RECEIVE PERSONAL CALLS AT WORK. FOR THE MOST PART, COLLECTORS MAY NOT TELL ANOTHER PERSON, OTHER THAN YOUR ATTORNEY OR SPOUSE, ABOUT THE DEBT. COLLECTORS MAY CONTACT ANOTHER PERSON TO CONFIRM YOUR LOCATION OR ENFORCE A JUDGMENT. FOR MORE INFORMATION ABOUT DEBT COLLECTION ACTIVITIES, YOU MAY CONTACT THE FEDERAL TRADE COMMISSION AT 1-877-FTC-HELP OR WWW.FTC.GOV.

**COLORADO RESIDENTS:**
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.AGO.STATE.CO.US/CAB.HTM.

**MASSACHUSETTS RESIDENTS:**
IMPORTANT NOTICE
YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.

**MINNESOTA RESIDENTS:**
THIS COLLECTION AGENCY IS LICENSED BY THE MINNESOTA DEPARTMENT OF COMMERCE.

**NORTH CAROLINA RESIDENTS:**
THIS COLLECTION AGENCY IS LICENSED BY THE COMMISSION OF INSURANCE OF THE STATE OF NORTH CAROLINA, LICENSE NUMBER #3162.

**TENNESSEE RESIDENTS:**
THIS COLLECTION AGENCY IS LICENSED BY THE COLLECTION SERVICE BOARD, STATE DEPARTMENT OF COMMERCE AND INSURANCE, 500 JAMES ROBERTSON PARKWAY, NASHVILLE, TENNESSEE 37243.

(4-05)

**Change of Address Form** Please print change of address and/or telephone number below:

Name _____

Address _____

City _____ State _____ ZIP _____

Home Phone (___) _____ Work Phone (___) _____ Cell Phone (___) _____

Email Address _____

Signature _____

*John Lee Jackson*
**CORPORATE ATTORNEY**
1445 Langham Creek Dr.
Houston, TX 77084-5012

POSTMASTER: If undeliverable as addressed, refer to Section 159 of the Official Postal Code.

12-07-402-5271
MARY HERNANDEZ
SPC 205
510 SADDLE BROOK DR
SAN JOSE CA 95136-4218

122 EJPJAMM       95136

PRESORTED
FIRST CLASS

FIRST CLASS MAIL

US POSTAGE
$00.326
APR 24 2007
ZIP 77084
0000234
21 2742861