1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2403
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   MARY GARCIA HERNANDEZ

6

7

8  **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9  **SAN JOSE DIVISION**

10 MARY GARCIA HERNANDEZ,                         Case No. C07-03189-JW-PVT

11                    Plaintiff,

12 v.                                              **NOTICE OF VOLUNTARY**
                                                   **DISMISSAL WITH PREJUDICE**
13 UNIVERSAL FIDELITY, L.P., a Texas
   limited partnership, TWS INTERESTS, LLC,
14 a Texas limited liability company, TERRY
   W. SIMONDS, individually and in his
15 official capacity, YVONNE D. SIMONDS,
   individually and in her official capacity, and
16 JOHN LEE JACKSON, individually and in
   his official capacity,
17
                      Defendants.
18

19     COMES NOW the Plaintiff, MARY GARCIA HERNANDEZ, by and through counsel, Fred

20 W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully

21 notifies this Court that Plaintiff, MARY GARCIA HERNANDEZ, hereby dismisses, with prejudice,

22 all claims made by her against UNIVERSAL FIDELITY, L.P., TWS INTERESTS, LLC, TERRY

23 W. SIMONDS, YVONNE D. SIMONDS and JOHN LEE JACKSON in her Complaint filed herein

24 on June 18, 2007. Plaintiff further notifies the Court that her dispute with Defendants has been

25 settled.

26 / / /

27 / / /

28 / / /

-1-

-2-

1                         CONSUMER LAW CENTER, INC.

3                 By: /s/ Fred W. Schwinn
                      Fred W. Schwinn, Esq.
4                      Attorney for Plaintiff
                     MARY GARCIA HERNANDEZ